## No. 9677.

The Denver & Rio Grande Railroad Co. *v.* Board of County Commissioners of Alamosa County, et al.

Decided October 4, 1920.

Action to enjoin the collection of taxes. Judgment of dismissal.

*Affirmed.*

1. Taxation—*Illegal Levy—Action.* The mere fact of a levy of an illegal or void tax does not entitle the taxpayer to enjoin its collection, and a court of equity will not entertain jurisdiction for that purpose unless there exists also some recognized equitable ground for the granting of relief.

2.    *Illegal Levy—Appropriate Action.*  Sec. 5750, R. S. 1908 affords
an adequate remedy in case of an illegal or erroneous levy.

*Error to the District Court of Alamosa County, Hon. Jesse
C. Wiley, Judge.*

Mr. E. N. Clark, Mr. G. A. Luxford, for plaintiff in
error.

Mr. Albert L. Moses, for defendants in error.

Mr. Justice Teller delivered the opinion of the court.

The plaintiff in error brought suit against the defend-
ants in error to enjoin the collection of a tax, upon what is
alleged to be an excessive levy.   The complaint sets up
that the levy of the tax constituted a mistake amounting
to fraud, which would result in the fraudulent taking of
plaintiff's property; that the collection of the tax would
deprive plaintiff of its property without due process of
law; that the plaintiff would be irreparably injured, and
that it had no adequate remedy at law.   Defendants filed an
answer containing a general demurrer, and alleging that
the plaintiff had a full, adequate and complete remedy in
the ordinary course of law.   The court adopted the view of
defendants in the matter above stated, and dismissed the
action.   The cause is now here on error.   This court has
several times held that the mere fact of a levy of an illegal
or void tax does not entitle a taxpayer to enjoin its collec-
tion; that a court of equity will not entertain jurisdiction
for that purpose unless there exists also some recognized
equitable ground for the granting of relief.   The cases are
collected in *Nile District v. English,* 60 Colo. 406, 410, 193
Pac. 555.   It has been several times pointed out in these
cases that Section 5750 R. S., 1908, affords an adequate
remedy in case of an illegal or erroneous levy.   The other
allegations, intended to show grounds for the exercise of
jurisdiction, are mere conclusions of the pleader, and
wholly insufficient for the purpose mentioned.   This cause

presents no features which render it an exception to the rule so often applied.

The trial court did not err in dismissing the cause and the judgment is accordingly affirmed.

CHIEF JUSTICE GARRIGUES and MR. JUSTICE BURKE concur.